GWENDOLYN JO FOSTER
705 SHANNON DR
LONG BEACH, MS 39560

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

NELNET
P.O. BOX 82561
LINCOLN, NE 68501

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

NETCREDIT
175 W. JACKSON BLVD.
SUITE 600
CHICAGO, IL 60604

AARON'S
18010 PINEVILLE RD
LONG BEACH, MS 39560

KIMBERLY GLOSS
PO BOX 772719
MEMPHIS, TN 38177

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031COMMERCE CIRCLE
BATON ROUGE, LA 70809

ACADIAN AMBULANCE
P.O. BOX 98000
LAFAYETTE, LA 70509

LVNV FUNDING LLC
ATTN: BANKRUPT
PO BOX 1269
GREENVILLE, SC 29602

SINGING RIVER HEALTH
2101 US-90
GAUTIER, MS 39553

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT, MS 39502

SINGING RIVER HEALTH
2101 HWY 90
GAUTIER, MS 39553

BC SERVICES INC
550 DISC DR
LONGMONT, CO 80503

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-00

FIRST ELECTRONIC BANK
2150 S 1300 E #400
SALT LAKE CIT, UT 84106

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

MS POWER
P.O. BOX 4079
GULFPORT, MS 39502

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY STREET
 STE. 3500
FORT WORTH, TX 76102

NELNET
PO BOX 82561
LINCOLN, NE 68501