# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51603  **Case Name:** Gwendolyn Jo Foster
**Set:** 01/08/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [10]Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)