

SO ORDERED,

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:  GWENDOLYN JO FOSTER

**CHAPTER 13**
**Case No. 25-51603-KMS**

### AGREED ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS, (DKT. 16)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Dismiss (Dkt. 16) and Debtor's Response (Dkt. 19), and the Court being advised that the Trustee requests that his motion be deemed withdrawn, based upon the IRS amending its proof of claim to reflect that Debtor's federal income tax return for 2022 has now been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss (Dkt. 16) is hereby deemed withdrawn.

##END OF ORDER##

Agreed Order Submitted by:

*[signature]*

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

Approved:

*T.C. Rollins w/permission PBD*

T.C. Rollins, Esq.
Attorney for Debtor
P.O. Box 13767
Jackson, MS 39236