United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                     Case No. 25-51603-KMS

Gwendolyn Jo Foster                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gwendolyn Jo Foster, 705 Shannon Dr, Long Beach, MS 39560-6333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Gwendolyn Jo Foster trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 20, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:  GWENDOLYN JO FOSTER                    **CHAPTER 13**
                                               **Case No. 25-51603-KMS**

### AGREED ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS, (DKT. 16)

     THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Dismiss (Dkt. 16) and Debtor's Response (Dkt. 19), and the Court being advised that the Trustee requests that his motion be deemed withdrawn, based upon the IRS amending its proof of claim to reflect that Debtor's federal income tax return for 2022 has now been filed, orders as follows:

     IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss (Dkt. 16) is hereby deemed withdrawn.

##END OF ORDER##

Agreed Order Submitted by:                    Approved:

Phillip Brent Dunnaway, Esq.                  *T.C. Rollins w/permission PBD*
Attorney for Chapter 13 Trustee               T.C. Rollins, Esq.
P.O. Box 3749                                 Attorney for Debtor
Gulfport, MS 39505-3749                       P.O. Box 13767
                                              Jackson, MS 39236