United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51603-KMS
Gwendolyn Jo Foster Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jan 21, 2026     Form ID: n031     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn Jo Foster, 705 Shannon Dr, Long Beach, MS 39560-6333 |
| 5580891 | ++ | MISSISSIPPI POWER, 420 W PINE STREET, HATTIESBURG MS 39401-3830 address filed with court:, MS Power, P.O. Box 4079, Gulfport, MS 39502 |
| 5580888 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5580896 | | Singing River Health, 2101 US-90, Gautier, MS 39553 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5580878 | | Email/Text: bankruptcy@acadian.com | Jan 21 2026 19:35:00 | Acadian Ambulance, P.O. Box 98000, Lafayette, LA 70509 |
| 5605259 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2026 19:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5580877 | + | Email/Text: bankruptcynotices@aarons.com | Jan 21 2026 19:36:00 | Aaron's, 18010 Pineville Rd, Long Beach, MS 39560-4535 |
| 5580879 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 21 2026 19:45:24 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5596173 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 19:45:20 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5580880 | + | Email/Text: electronic.bk.notification@bcservice.com | Jan 21 2026 19:36:00 | BC Services Inc, 550 Disc Dr, Longmont, CO 80503-9343 |
| 5580881 | + | Email/Text: bankruptcy@firstelectronic.com | Jan 21 2026 19:36:00 | First Electronic Bank, 2150 S 1300 E #400, Salt Lake Cit, UT 84106-4336 |
| 5580882 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 21 2026 19:34:59 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5580883 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2026 19:36:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 5580885 | + | Email/Text: ebone.woods@usdoj.gov | Jan 21 2026 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5580884 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2026 19:36:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5607295 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 19:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5580886 | ^ | MEBN | Jan 21 2026 19:34:10 | Kimberly Gloss, PO Box 772719, Memphis, TN 38177-2719 |
| 5580887 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 19:45:20 | LVNV Funding LLC, Attn: Bankrupt, Po Box |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: n031 | Total Noticed: 32 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 5583011 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 19:45:20 | 1269, Greenville, SC 29602-1269 LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5580890 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jan 21 2026 19:36:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5602710 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2026 19:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5580889 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2026 19:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5599107 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jan 21 2026 19:36:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5580892 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 21 2026 19:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5580894 | + Email/Text: netcreditbnc@enova.com | Jan 21 2026 19:36:46 | NetCredit, 175 W. Jackson Blvd., Suite 600, Chicago, IL 60604-2948 |
| 5591866 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 19:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5580895 | Email/Text: bankruptcy@republicfinance.com | Jan 21 2026 19:36:00 | Republic Finance, Attn: Bankruptcy, 7031commerce Circle, Baton Rouge, LA 70809 |
| 5583130 | Email/Text: bankruptcy@republicfinance.com | Jan 21 2026 19:36:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5580897 | + Email/Text: SRHS.FSBank@MYSRHS.COM | Jan 21 2026 19:36:00 | Singing River Health, 2101 Hwy 90, Gautier, MS 39553-5340 |
| 5584770 | ^ MEBN | Jan 21 2026 19:33:59 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5590713 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 21 2026 19:36:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 5580898 | ^ MEBN | Jan 21 2026 19:33:42 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5586190 | *P++ | MISSISSIPPI POWER, 420 W PINE STREET, HATTIESBURG MS 39401-3830, address filed with court:, Mississippi Power Company, 2992 W. Beach Blvd, Gulfport, MS 39501 |
| 5586189 | *P++ | MISSISSIPPI POWER, 420 W PINE STREET, HATTIESBURG MS 39401-3830, address filed with court:, Mississippi Power Company, Mississippi Power Company - 1087A, 2992 West Beach Blvd, Gulfport, MS 39501 |
| 5580893 | *+ | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: n031 | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Gwendolyn Jo Foster trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51603−KMS
**Chapter:** 13

**In re:**

Gwendolyn Jo Foster
aka Gwendolyn Jo Bilbo
705 Shannon Dr
Long Beach, MS 39560

## Notice of Entry of Order Confirming Plan

The Court entered an Order on January 21, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 21, 2026                                             Danny L. Miller, Clerk of Court